JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ZERMENO,<br><br>        Plaintiff,<br><br>    v.<br><br>STRATOSPHERE CORPORATION d/b/a STRATOSPHERE HOTEL & CASINO, a Nevada Business Entity, and JAMES GODING,<br><br>        Defendants.<br>_____ | Case No. CV 09-02988 DDP (CWx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 19, 2010

_____
DEAN D. PREGERSON
United States District Judge